UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ING GLOBAL,

                              Plaintiff,

    -against-

UNITED PARCEL SERVICE OASIS
SUPPLY CORPORATION and
BONE SAFETY SIGNS LLC,

                              Defendants.
------------------------------------------------------------X
UNITED PARCEL SERVICE OASIS
SUPPLY CORPORATION,

                              Counter-claimant,

-against-

ING GLOBAL,

                              Counter-Defendant
------------------------------------------------------------X

Case No.: 11-CV-5697 (JSR)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration of Leo K. Barnes, Jr. of the law firm Barnes & Barnes P.C., and the Exhibits annexed thereto, and upon the accompanying Memorandum of Law dated February 10, 2012, Defendant Bone Safety Signs LLC will move this Court on Friday, March 9, 2012 at 4:00pm for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Counts Three and Four of Plaintiff's Complaint.

      **PLEASE TAKE FURTHER NOTICE** that the pursuant to the Court's directive, Defendant Bone Safety Signs LLC shall file its moving papers on February 10, 2012, whereupon answering papers shall be filed on February 24, 2012 and reply papers shall be filed on March 2, 2012.

Dated: Melville, New York
February 10, 2012

                BARNES & BARNES, P.C.
                Attorneys for Defendant
                Bone Safety Signs L.L.C.

          By: /S/_____
             Leo K. Barnes, Jr. (LB-4396)

             445 Broadhollow Road, Suite 229
             Melville, New York 11747
             T: 516-673-0674
             F: 516-467-3126
             E: lkb@barnespc.com