UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING GLOBAL,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE OASIS SUPPLY CORPORATION and BONE SAFETY SIGNS, LLC,<br><br>                    Defendants.<br><br>UNITED PARCEL SERVICE OASIS SUPPLY CORPORATION,<br><br>                    Counter-Claimant,<br><br>    v.<br><br>ING GLOBAL,<br><br>                    Counter-Defendant. | ECF CASE<br><br>Case No. 11-cv-5697 (SC)<br><br>Hon. Samuel Conti<br><br>**NOTICE OF MOTION TO SET ATTORNEYS' FEES AND EXPENSES** |

**PLEASE TAKE NOTICE** that Plaintiff ING Global ("ING") shall move before the Honorable Samuel Conti, U.S.D.J. for an Order granting ING's Motion to Set Attorneys' Fees and Litigation Expenses pursuant to O.C.G.A. § 13-6-11.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, ING will rely upon its Memorandum of Law in Support of Plaintiff ING's Motion to Set Attorneys' Fees and Litigation Expenses pursuant to O.C.G.A. § 13-6-11 (with Attachments), Declaration of Ugo Colella (with Exhibits), Declaration of John J. Zefutie, Jr. (with Exhibit), Declaration of Patrick Conti (with Exhibit), Declaration of Riccardo DeBari (with Exhibit), Declaration of John Prisco

(with Exhibit), Declaration of Mark C. Zauderer (with Exhibits), and this Notice of Motion. A proposed form of Order also is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any opposition to this Motion must be filed and served on or before November 5, 2012.

Dated: October 24, 2012

**PATTON BOGGS LLP**

By: s/ *John J. Zefutie, Jr.*
Ugo Colella (admitted *pro hac vice*)
John J. Zefutie, Jr. (JZ-9419)
Patrick F. Conti (admitted *pro hac vice)*
The Legal Center
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102-0301
(973) 848-5600
-and-
2550 M Street, N.W., 7th Floor
Washington, D.C. 20037
Phone: (202) 457-6620
ucolella@pattonboggs.com
jzefutie@pattonboggs.com

*Attorneys for Plaintiff
ING Global*