UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING GLOBAL,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE OASIS SUPPLY CORPORATION,<br><br>                Defendant. | Case No. 11-cv-5697 (SC)<br><br>Hon. Samuel Conti<br><br>Notice of Appeal |
| UNITED PARCEL SERVICE OASIS SUPPLY CORPORATION,<br><br>                Counter-Claimant,<br><br>v.<br><br>ING GLOBAL,<br><br>                Counter-Defendant. | |

      Notice is hereby given that Plaintiff ING Global ("ING") appeals to the United States Court of Appeals for the Second Circuit from the following Orders entered in the above-captioned matter: the Order made on the record on October 11, 2012 denying ING's objection to the jury instruction on attorneys' fees (Dkt. 168); the ensuing attorneys' fees instruction given to the jury on October 11, 2012 (Dkt. 168) and filed on October 15, 2012 (Dkt. 116); and the Order entered on January 10, 2013 (Dkt. 161).

Dated: February 7, 2013

Respectfully submitted,

PATTON BOGGS LLP

By: _____
Ugo Colella (admitted *pro hac vice*)
John J. Zefutie, Jr. (JZ-9419)
Patrick F. Conti (admitted *pro hac vice*)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102-0301
(973) 848-5600
-and-
2550 M Street, N.W., 7th Floor
Washington, D.C. 20037
Phone: (202) 457-6620
ucolella@pattonboggs.com
jzefutie@pattonboggs.com
pconti@pattonboggs.com

*Attorneys for Plaintiff*
*ING Global*